No. 05–8428.  THOMAS v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 05–8430.  EBRON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8431.  DIAZ-PEREZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–8434.  MONTGOMERY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–8437.  PEREZ-AGUIRRE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–8441.  SENGER v. NEW JERSEY STATE PAROLE BOARD. Super. Ct. N. J., App. Div.  Certiorari denied.

No. 05–8443.  SHEA v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 05–8447.  MARTIN v. CENTRAL STATES EMBLEMS, INC. C. A. 10th Cir.  Certiorari denied.

No. 05–8448.  JOSHUA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8451.  JUDA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–8455.  WILLIAMS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–8456.  TAPP v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 05–8459.  TAYLOR v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–8460.  TINSLEY v. COURT OF COMMON PLEAS OF PENNSYLVANIA, PHILADELPHIA COUNTY.  Sup. Ct. Pa.  Certiorari denied.

No. 05–8461.  WHITE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.